IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD L. BENISH, | ) | 4:10CV3241 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Leave to Supplement the Record. (Filing No. 19.) In his Motion, Petitioner requested that Respondent file 16 additional state court records. In response, Respondent filed all appellate records, with the exception of two large exhibits that cannot be reproduced but are described in witness testimony. (Filing No. 25.) In light of this, Petitioner's Motion is denied as moot.

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Supplement the Record (filing no. 19) is denied as moot.

DATED this 15th day of April, 2011.

BY THE COURT:
s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.